**FILED**

SEP 1 2 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 05-149 MHP |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO ALLOW |
| vs. | ) POSSESSION AND REVIEW OF |
|  | ) TAPE RECORDED EVIDENCE |
| ROBERTO MORENO, et al. | ) |
| Defendant. | ) |

Good cause appearing,

IT IS HEREBY ORDERED that the staff at the Federal Detention Center in Pleasanton allow pretrial detainee Roberto Moreno, Reg #98317-011, *Omar Quintero Cornelio; # unknown*, to possess and review cassette tapes of evidence to be provided by his attorney, Brian P. Berson.

SO ORDERED

DATE 9/12/05

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE