FILED
MAY 17 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 05-149 MHP |
| Plaintiff, | ) [~~PROPOSED~~] ORDER TO SUPPRESS EVIDENCE AND RETURN PROPERTY |
| vs. | ) |
| ROBERTO MORENO, et al. | ) |
| Defendant. | ) |

The Motion to Suppress filed by defendant Roberto Moreno came on for hearing on May 9, 2006. The motion was granted. Based on the ruling in court and the reasons stated on the record, *which are deemed incorporated herein*, IT IS HEREBY ORDERED that all items seized during the search of Mr. Moreno's residence on February 18, 2005 are suppressed from use by the government during its case-in-chief. The government is hereby ordered to return all items other than firearms and ammunition to Mr. Moreno's family.

SO ORDERED

DATE 5/17/06

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE