IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br><br>ROBERTO MORENO, et al.,<br><br>　　　　　Defendants. | ) NO. CR 05-00149 MHP<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER TO CONTINUE BRIEFING**<br>) **SCHEDULE AND HEARING**<br>)<br>)<br>)<br>)<br>) |

　　　Due to a disagreement about discovery, which has since been resolved (albeit not completed), the parties, through their respective undersigned counsel, hereby request and stipulate that a continuance of the briefing schedule and hearing on the anticipated Motion to Suppress Evidence on Title III Wiretap on 415-336-8825 (based on the November 2, 2004 affidavit), be continued to November 30, 2007 for the filing date, December 14, 2007 for the government's opposition to the motion, and January 7, 2008 for the hearing date.

1  All parties further agree that time continues to be tolled because
2  of the pendency of motions under the Speedy Trial Act.
3
4
   SO STIPULATED
5
6
7  DATE: __9/14/07__                    _____
                                        BRIAN P. BERSON
8                                       ATTORNEY FOR ROBERTO MORENO
9
10
11 DATE: __9/14/07__                    _____
                                        DAVE HALL (by B.B.)
12                                      ATTORNEY FOR THE U.S. GOVERNMENT
13
14
   SO ORDERED
15
16
17 DATE: 9/17/2007                      _____
                                        IT IS SO ORDERED
18                                      Judge Marilyn H. Patel
                                        UNITED STATES DISTRICT JUDGE